```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01234
    KIM D HINES
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0987
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/21/08 and confirmed on 03/19/08.

2. The case was dismissed after confirmation, 08/15/2008.

3. The Debtor paid a total of $ 4605.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 9661.84 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 12244.00 | 403.86 | 1354.54 |
| LOYOLA UNIVERSITY OF CHI | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT R MCCORMICK | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 60485.66 | .00 | .00 |
| SOCIAL SECURITY ADMINIST | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 13.13 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21905.84 | .00 | 60498.79 | .00 | 82404.63 |
| PRINCIPAL PAID | 1354.54 | .00 | .00 | .00 | 1354.54 |
| INTEREST PAID | 403.86 | .00 | .00 | .00 | 403.86 |
| TOTAL PAID | 1758.40 | .00 | .00 | .00 | 1758.40 |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $ 3500.00 and was paid $ 310.00 direct and $ 2001.11 through the plan.

The Trustee received $ 231.49 .

Refunds to the Debtor totaled $ 614.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 11/13/08                    /S/
                                       GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                                        PAGE  2
CASE NO. 08 B 01234 KIM D HINES